No. 3345.—Weber, hoy José M. Suárez, aplte., *v.* Fernández Bellaflores, apdo. — C. D. Mayagüez. Abril 23, 1925. División de comunidad. No existe el único motivo de error alegado contra la sentencia, fundado en que la corte inferior apreció indebidamente la prueba, pues encontramos que es suficiente para sostener que la escritura de venta con pacto de retro por la cual Consuelo Bellaflores vendió sus condominios en tres casas a Víctor Honoré, de quien el apelante alega traer derecho para pedir que cese la comunidad con el apelado y que se vendan las casas y se reparta su precio, es de préstamo con hipoteca, según la ley No. 47 de 13 de abril de 1916. pues se probó que Honoré y las personas que de él adquirieron nunca han tomado posesión de tales condominios, habiendo disfrutado siempre sus rentas Con-

suelo Bellaflores y que el precio de tal venta es inadecuado al valor de dichos condominios. *Confirmada.*